UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>WESLEY DEAL )<br>)<br>) | Criminal No. 1:22-mj-00086-JCN<br>(18 U.S.C. §§ 2251(a) and (e)) |

## COMPLAINT

The undersigned complainant, being duly sworn, states:

### COUNT ONE
### (Sexual Exploitation of Female Minor Child A)

From on about August 20, 2020 until on about September 7, 2020, in the District of Maine and elsewhere, defendant

**WESLEY DEAL**

knowingly employed and used a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct. The visual depiction was of Female Minor Child A and the visual depiction was actually transmitted using a means and facility of interstate commerce.

The defendant thus violated Title 18, United States Code, Sections 2251(a) and 2251(e).

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference herein.

*[Signature]*
Chase Ossinger
Special Agent
Department of Homeland Security

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Jun 07 2022

City and state: Bangor, ME

*[Judge's signature]*

John C Nivison U.S. Magistrate Judge
Printed name and title