## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:22-mj-00086-JCN |
| ) | |
| WESLEY DEAL ) | |
| ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Chase Ossinger, having been duly sworn, state as follows:

1. I have been employed as a Special Agent ("SA") with the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI") since 2009, and am currently assigned to HSI Bangor, Maine. While employed by HSI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training at the Federal Law Enforcement Training Center (FLETC) and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256). I have been the case agent on child exploitation cases that have resulted in arrests, prosecutions, and convictions for possession, distribution, and production of child pornography. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A, and I am authorized by law to request a search warrant.

2.      I submit this Affidavit in support of a criminal complaint charging Wesley Deal ("DEAL") with one count of Sexual Exploitation of a Child, in violation of Title 18, United States Code, §§ 2251(a) and (e).

3.      I make this Affidavit based on my personal investigation, my training and experience, and my review of relevant documents and conversations that I have had with other law enforcement agents.

## INSTAGRAM

4.      Instagram is a photo and video sharing social networking service founded in 2010. The app allows users to upload media that can be edited with filters and organized by hashtags and geographical tagging. Posts can be shared publicly or with preapproved followers. Users can browse other users' content by tag and location, view trending content, like photos, and follow other users to add their content to a personal feed.

## PROBABLE CAUSE

5.      On August 29, 2020, a detective with the Penobscot County Sheriff's Office met with an 11 year old girl ("Female Minor Child A") and Female Minor Child A's father. Female Minor Child A's father told the detective that Female Minor Child A had been communicating with someone on Instagram with the username come_tome20 since August 20, 2020. Female Minor Child A did not know the identity of come_tome20 and there was no photo attached to the Instagram account.

6.      The Instagram user come_tome20 had requested nude photos and videos from Female Minor Child A. On August 28, 2020, come_tome20 sent numerous messages to Female Minor Child A, including the following:

- 3:31:32 am UTC - "Then I want to see u naked completely"

2

- 3:31:36 am UTC - "No clothes on"
- 3:31:46 am UTC - "And then see ur pussy too"
- 3:40:59 am UTC - "Have you ever fingered ur pussy"
- 3:41:22 am UTC - "Or put anything inside it"
- 3:42:34 am UTC - "Omg you have the most beautiful pissy I ever see"
- 3:42:37 am UTC - "pussy"
- 3:43:05 am UTC - "I want to lick it and fell it so bad lol"
- 3:43:29 am UTC - "Let me see u spread it open with ur fingers to see ur pussy hole"
- 3:47:49 am UTC - "Beautiful but use both hands to spread it open as far as u can"
- 3:47:58 am UTC - "Set phone so you don't have to hold it"
- 3:50:34 am UTC - "Let me see ur ass"
- 3:50:46 am UTC - "Spread ass so I see ass hole"
- 3:51:08 am UTC - "U can call me master now"
- 3:51:23 am UTC - "I'm going to show u and teach u about sex"
- 3:51:48 am UTC - "But u have to do what I say"
- 3:51:58 am UTC - "And I'll reward u with my dick"
- 3:52:20 am UTC - "I want to see u ass hole"
- 3:52:34 am UTC - "Don't u want my dick"
- 3:55:32 am UTC - "Then show master ur ass hole"
- 3:55:56 am UTC - "Do u know what popping ur cherry means"

7.     During Female Minor Child A's conversations with come_tome20 in August 2020, she sent multiple sexually explicit photos and videos. A screen shot of one of the videos, attached under seal as Exhibit A, shows Female Minor Child A with her hair in pigtails tied with

3

a blue hair elastic, sitting on the ground, and looking down at the camera. Female Minor Victim A has her legs open, and the camera is directly aimed at the child's exposed vagina and anus. The Instagram user come_tome20 continued to request nude photos and sexually explicit videos from Female Minor Child A. The Instagram user come_tome20 also threatened to post the prior photos and videos that Female Minor Child A had sent online if she did not send more photos or videos of herself.

8. Female Minor Child A's father provided law enforcement with the tablet that Female Minor Child A was using to communicate with come_tome20. Female Minor Child A also provided law enforcement with her social media account usernames and passwords.

9. On August 31, 2020, law enforcement logged into Instagram and searched for the username come_tome20. Law enforcement located the come_tome20 Instagram page but there were no photos attached to the page. The come_tome20 Instagram page had seven followers and Female Minor Child A was one of the followers.

10. Upon review of Female Minor Child A's Instagram account, law enforcement discovered that the Instagram user come_tome20 had sent screen shots of Female Minor Child A involved in sexually explicit conduct. Female Minor Child A had initially sent these screen shots to come_tome20. The screen shots show Female Minor Child A sitting on the floor with her legs open spreading her vagina and exposing her breasts. The Instagram user come_tome20 wished to show Female Minor Child A that he still had the original photos Female Minor Child A had sent and had not deleted them.

11. On August 29, 2020, come_tome20 sent numerous messages to Female Minor Child A, including the following:

- 10:56:08 am UTC - "Why u ignoring me"

- 11:25:28 am UTC - "Hello"
- 11:49:32 am UTC - "Hello"
- Starting at 11:49:46 am UTC, come_tome20 sent 4 screen shots of sexually explicit material back to Female Minor Child A
- 11:50:15 am "Answer me"
- 5:35:26 pm UTC - "Im posting theses on Snapchat and Instagram and on like if u don't answer me"

12. The screenshots described in the previous paragraph appear to be of a video chat between come_tome20 and Female Minor Child A. The Instagram user come_tome20 demanded more sexually explicit videos and threatened to send the screenshots to Female Minor Child A's friends if she did not comply. In the chat conversation, Female Minor Child A clearly identified herself as an 11-year-old child and, based on my review, actually appears to be that age.

13. On September 1, 2020, a Bangor Police forensic examiner took over the Instagram chat as Female Minor Child A. The Instagram user come_tome20 continued to make demands for sexually explicit material from Female Minor Child A and continued to threaten to share the sexually explicit material he already had if Female Minor Child A did not comply:

**9/3/2020**

- 5:18:16 pm UTC - "Let me see you"
- 5:24:19 pm UTC - "Hello"
- 5:24:26 pm UTC - "See that's how I know u lie"
- 5:26:10 pm UTC - "I think I'm just going to post ur pictures now"
- 5:33:18 pm UTC - "Then if u don't star listening I will be posting and punishing you"

5

- 5:33:27 pm UTC - "I expect master every text"

- 8:00:19 pm UTC - "No more excuses or I will be punishing u"

- At 8:01:27 pm UTC, come_tome20 said: "I'm going to start counting" and sent a series of messages counting down from 30.

- 8:03:35 pm UTC - "I will be posting on picture at 0"

- 8:47:26 pm UTC - "Well u better today"

- 8:47:34 pm UTC - "Or tomorrow morning I'm posting"

- 8:48:50 pm UTC - "I will tomorrow"

- 8:49:03 pm UTC - "If I don't start seeing more videos"

- 8:54:07 pm UTC - "Then u will show me what I want today or tonight"

- 8:54:13 pm UTC - "Or tomorrow I'll be showing ur sister"

- 8:54:22 pm UTC - "what u dent me"

**9/7/2020**

- Starting at 5:34:17 pm UTC, come_tome20 sent Female Minor Child A the same 4 screen captures described in paragraph 11.

- 5:34:21 pm UTC - "Which one do u think I should post"

14. On September 4, 2020, law enforcement obtained a search warrant for Instagram account come_tome20. Documents obtained from Instagram indicated that a Gmail address wdeal2009@gmail.com was the registered email for the Instagram account come_tome20. The phone number used to register the come_tome20 Instagram account was 239-240-0846.

15. On September 30, 2020, law enforcement ran the phone number used to register the Instagram account come_tome20 (239-240-0846) through CELLHAWK. CELLHAWK is a commercially-available, secure, web-based software that allows investigators to, amongst other functions, query cell phone numbers, manage call detail records, map cell site locations, receive

6

live ping alerts, and display device movement over time. CELLHAWK indicated that the carrier for this phone number (239-240-0846) was Verizon and showed the owner of the phone number as Wesley Deal out of 40242 Orange CIR Lady Lake FL, 32159.

16. On September 30, 2020, by logging onto CLEAR, which is a commercially-available, subscription-based database service accessible to law enforcement officers in the course of performing their duties, law enforcement was able to search the information provided by CELLHAWK. The search produced a result for a Wesley Deal, D.O.B X/XX/1980, with an address of 38124 Illinois St. Lady Lake, FL 32159, and a prior address of 40242 Orange CIR. Lady Lake, FL 32159.

17. On September 30, 2020, law enforcement requested a license check from the Penobscot Regional Communications Center (PRCC) on Wesley Deal out of Maine and Florida. PRCC advised that they had located a Wesley Deal with a date of birth of X/XX/80 out of Florida with an address of 38124 Illinois St Lady Lake, FL 32159. PRCC advised that Florida produces an emergency contact on their driver's licenses. Wesley Deal's emergency contact is a Gwen Deal out of 5506 Bertsville Rd Lady Lake, FL 32159, with a phone number of (352) 206-0745.

18. Pursuant to the search warrant served on Instagram regarding user come_tome20, law enforcement learned that the registration IP address for the come_tome20 Instagram account was 67.235.128.218. On October 1, 2020, law enforcement ran this IP address through an open source IP address geolocator called MaxMind. MaxMind listed an approximate location of The Villages, Florida with Century Link as the internet service provider.

19. On October 2, 2020, law enforcement submitted a subpoena request to Century Link for IP address 67.235.128.218 for multiple dates and times between August 26, 2020 and

September 24, 2020 when this IP address was used to login to the come_tome20 Instagram account. On 10/8/20, the following subpoena results were returned.

    Billing name: Vance Thomas

    Billing address: 5506 Bertsville Rd

    Billing city: Lady Lake

    Billing State: FL

    Billing zip: 32159

    Service address: 5506 Bertsville Rd

    Service city: Lady Lake

    Service State: FL

    Service zip: 32159-4107

    Service establish date: 01-22-2007

The 5506 Bertsville Road address adjoins the 38124 Illinois Street address.

    20.    On October 8, 2020, the following subpoena results were returned for Verizon on the phone number used to activate the come_tome20 Instagram account (239-240-0846).

    Subscriber Information:

| | |
|---|---|
| Name: | Gwendolyn Deal |
| Address: | 38124 Illinois ST<br>Lady Lake, FL 32159 |
| Work Phone: | 352-206-0745 |
| Home Phone: | 352-206-0745 |
| Account: | 625422688-1 |

8

21. On October 8, 2020, law enforcement searched for a Gwendolyn Deal in CLEAR which produced a result for a Gwendolyn Deal with an address of 38124 Illinois St. Lady Lake, FL 32159.

22. Law enforcement then searched for a Vance Thomas in CLEAR which produced a result for an Ira Vance Thomas with an address of 5506 Bertsville Rd. Lady Lake, FL 32159. In the CLEAR Report, it showed another address for Ira Vance Thomas as 38124 Illinois St. Lady Lake, FL 32159.

23. Detective Dereck Cross of the Lady Lake County Sheriff's Office prepared an affidavit for a search warrant for the Florida residence of Wesley Deal. A search warrant was granted for the residence at 38124 Illinois Street, Lady Lake Florida.

24. On October 13, 2020 at 7:00 am, the search warrant was executed by Florida authorities at the Deal Residence. At the conclusion of the search warrant, Bangor Police Lieutenant Beaulieu spoke with Deputy Cross. Deputy Cross advised that Wesley Deal refused to speak with authorities and strongly advised his 14-year-old daughter not to talk with police. Deputy Cross had observed an Instagram conversation between come_tome20 and Female Minor A in which an image of come_tome20's penis had been sent. There was a bedding in the background of the penis image that Mr. Cross located in the bedroom of Wesley Deal.

25. On October 1, 2020, law enforcement drafted a search warrant for Google for the email address wdeal2009@gmail.com, the registered email address for the come_tome20 Instagram account. On October 29, 2020, law enforcement received production documents from the warrant. The wdeal2009@gmail.com email address listed the owner-provided name as "Wesley Deal" and had phone number 239-240-0846 listed as the SMS number, Sign in Phone number, User Phone Number, and Reachable Phone Number. This phone number is the same

number user to activate the Instagram account come_tome20. The IP Activity in the Google subscriber information listed the IP address as 67.235.128.218 with the Timestamp 2020-8-21 14:46:02 UTC. This is the same IP address used to register the come_tome20 Instagram user account.

26.     Several items of digital evidence, as well as bedding from Wesley Deal's bedroom, were seized as a result of the search warrant conducted by the Lake County Sheriff's Office. Among the items of digital evidence was Wesley Deal's iPhone 11 Pro Max BG-19367, IMEI: 352855113159389. A forensic examination of the phone revealed:

- 703 child erotica and sexually explicit images
- Google Hangouts chat messages between username "Com To me" and other users with chats similar to chats with Female Minor Victim A. Google Hangouts is a cross-platform instant messaging service developed by Google.

## CONCLUSION

27.  Based on the foregoing facts, I respectfully submit that probable cause exists to issue a criminal complaint charging Wesley Deal with one count of violating 18 U.S.C. §§ 2251(a) and (e).

I, SA Chase Ossinger, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and I make this oath under penalties of perjury.

Chase Ossinger
Special Agent
Homeland Security Investigations

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Jun 07 2022

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title